INNOVATION INGENUITIES, INC., Appellant, *v.* NEW YORK TIMES COMPANY, Respondent.

*Innovation Ingenuities, Inc.,* v. *N. Y. Times Co.,* 161 App. Div. 929, affirmed.

(Argued February 1, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1914, affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for judgment in its favor upon the pleadings. The complaint in substance alleges that the plaintiff is the exclusive selling agent of a certain innovation or wardrobe trunk covered by letters patent and well known to the general public; that on a certain day the defendant, which is engaged in the business of publishing a newspaper, printed therein a large advertisement for R. H. Macy & Co., calling attention among other things to a sale of Macy's "Peerless Wardrobe Trunk" for twenty-four dollars and seventy-four cents, accompanied by a picture or illustration which correctly portrayed the plaintiff's trunk; that the trunk represented by the illustration was not for sale at R. H. Macy & Co.,

but on the contrary, the trunk which they were selling was a totally different trunk than that represented by said illustration; that the result of the advertisement was that readers of the *Times* were caused to believe that the plaintiff's trunks, which were universally sold at twenty-five dollars and forty-five dollars, were being sold at R. H. Macy & Co. at twenty-four dollars and seventy-four cents, and as a result of said representations large numbers of persons were induced to go to R. H. Macy & Co. and purchase Macy's trunk, who but for said advertisement would have purchased the trunk sold by plaintiff.

*Adam K. Stricker* for appellant.

*Harold Nathan* and *Alfred A. Cook* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.